UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MILLIE SUE CASTON                                CIVIL ACTION

VERSUS                                           NO. 08-697

MICHAEL J. ASTRUE,                               SECTION "N" (3)
COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION

## ORDER

The Court, having considered the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the lack of any objections thereto, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that Commissioner's Motion for Summary Judgment is GRANTED, the Plaintiff's Motion for Summary Judgment is DENIED and the plaintiff's complaint is hereby DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 16th day March, 2009.

_____
UNITED STATES DISTRICT JUDGE

